WARREN T. MUNROE, an Infant, by WILLIAM T. MUNROE, His Guardian ad Litem, et al., Appellants, *v.* RUSSELL G. BOOTH et al., as Trustees of HEMPSTEAD NUMBER 1 SCHOOL DISTRICT, Respondents.

Submitted January 5, 1953; decided January 21, 1953.

*Sidney J. Feltenstein* for motion.

*George A. Garvey* and *George J. Conway* opposed.

Motion granted to the extent that plaintiffs are granted such leave from the judgment affirming the dismissal of the complaint. Leave to appeal from the order affirming the denial of the application to serve a notice of claim *nunc pro tunc* should be denied, upon the authority of *Matter of Martin* v. *School Bd. of Union Free Dist., Long Beach* (301 N. Y. 233).